UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

Marilyn Ounjian
Richard Ounjian
P.O. Box 634
Moorestown, N.J. 08057
856-979-3177
609-332-7592

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2022 APR 26 P 12: 27

JEANNE A. [illegible]

BY: [signature]
DEPUTY [illegible]

In Re:
[Enter the debtor's name(s)]

Leslie Pruitt

Case No.: 22-11893
[Enter the case number]

Chapter: 13
[Enter the chapter; example: 13]

Hearing Date:
[Enter the hearing date]

Judge: Jerrold N. Poslusny, Jr.
[Enter the Judge's last name]

## NOTICE OF MOTION TO

[Enter the relief sought] Reconsider Denial of Motion for Relief from the Automatic Stay

[Enter your name] Marilyn Ounjian has filed papers with the court to [Enter the relief sought] Relief from the Automatic Stay.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 5/17/2022
[Enter the date of the hearing]

Hearing Time: 11:00 Am
[Enter the time of the hearing]

Hearing Location: 400 Cooper St.
[Enter the location of the hearing]
Camden NJ
08101

Courtroom Number: 4C
[Enter the courtroom number]