U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2022 APR 26  P 12: 27

JEANNE A. ~~~~~~~~

BY: ~~~~~~
DEPUTY CLERK

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and telephone number]*<br><br>Marilyn Ounjian<br>Richard Ounjian<br>P.O. Box 634<br>Moorestown, N.J. 08057 | |
| In Re:<br>*[Enter the debtor's name(s)]*<br><br>Leslie Pruitt | Case No.: 22-11893<br>*[Enter the case number]*<br><br>Chapter: 13<br>*[Enter the chapter]*<br><br>Hearing Date: _____<br>*[Enter the hearing date]*<br><br>Judge: Jerrold N. Poslusny, Jr.<br>*[Enter the judge's last name]* |

**CERTIFICATION OF** Marilyn Ounjian
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* Marilyn Ounjian, *[Enter their relationship to the case. For example: debtor, creditor]* Creditor in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* Reconsider Denial of Motion for Relief from the Automatic Stay filed by me on *[Enter the date the motion was filed]* March 24, 2022

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* I, Marilyn Ounjian, personally filed a Motion for Relief from the Automatic Stay on March 24, and was advised to appear on April 19 at 11:00 AM, Courtroom 4C, 400 Cooper St. Upon arrival, I was informed that no in-person Hearings would take place until April 26. I was given a number to call and then learned it is required to register on-line 5 days before a Hearing. Consequently, due to misinformation my Motion was denied. I had every intention to be present for the Hearing.

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* We are suffering irreparable harm from the implementation of the automatic stay provisions. It is clear that the filing of the Chapter 13 bankruptcy petition was for the sole purpose of delaying the eviction since it was filed in the evening on March 9, the day before the scheduled Landlord/Tenant Trial.

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Tenant's Lease expired in July of 2020.

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*

I certify under penalty of perjury that the above is true.

Date: April 25, 2022
*[Enter the date this document is signed]*

Signature: *Marilyn J Cunpian*
*[Of the party with actual knowledge of the facts set forth above]*