| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | U.S. BANKRUPTCY COURT<br>FILED<br>CAMDEN, NJ<br><br>2022 APR 26 P 12: 27<br><br>JEANNE A. NAUGHTON<br>BY: /s/<br>DEPUTY CLERK |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and telephone number]*<br><br>Marilyn Ounjian<br>Richard Ounjian<br>P.O. Box 634<br>Moorestown, N.J. 08057 | |
| In Re:<br>*[Enter the debtor's name(s)]*<br><br>Leslie Pruitt | Case No.: <u>22-11893</u><br>*[Enter the case number]*<br><br>Chapter: <u>13</u><br>*[Enter the chapter; example: 13]*<br><br>Hearing Date: _____<br>*[Enter the hearing date]*<br><br>Judge: <u>Jerrold N. Poslusny</u>, Jr.<br>*[Enter the Judge's last name]* |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: <u>April 25, 2022</u>
*[Enter date this document is signed]*

Signature *[Of party seeking relief]* /s/ Marilyn G. Ounjian