U.S BANKRUPTCY COURT
FILED
CAMDEN, NJ

2022 APR 26 P 12: 27

JEANNE A. NAUGHTON

BY: [signature]
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

Marilyn Ounjian
Richard Ounjian
P.O. Box 634
Moorestown, N.J. 08057
856-979-3177
609-332-7592

In Re:
*[Enter the debtor's name(s)]*

Leslie Pruitt

Case No.: 22-11893
*[Enter the case number]*

Chapter: 13
*[Enter the chapter of the case]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: Jerrold N. Poslusny, Jr.
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, __Marilyn Ounjian__:

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☒ am the __Creditor__ in this case and am representing myself.

2. On *[Enter the date you served the documents]* _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
*[Place a check next to each document you served]*

    ☑ Notice of Motion *[Enter title of motion]* __Motion of Reconsideration__

    ☑ Certification in Support of Motion *[Enter title of motion]* __Motion of Reconsideration__

☑ Statement as to Why No Brief is Necessary

☐ Proposed Order Granting Motion *[Enter title of motion]* _____

_____

☐ Other *[Enter title of document]* _____

_____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _April 25, 2022_ _Marilyn H. Ounjian_
*[Enter the date you signed this document]*     Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>Isabelle Balboa<br>P.O. Box 1978<br>Memphis, TN 38101-1978 | *[Enter the party's relationship to the case]*<br><br>Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Ronald E. Norman, Esquire<br>Ronald E. Norman, LLC<br>901 Route 168, Suite 407A<br>Turnersville, N.J. 08012 | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Leslie Pruitt<br>99 Regional DR. #22<br>Penns Grove, N.J. 08069 | *[Enter the party's relationship to the case]* | ☒ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

```
Trustee
Isabelle Balboa
P.O. Box 1978
Memphia, TN 38101-1978


Ronald E. Norman, Esquire
Ronald E. Norman, LLC
901 Route 168, Ste. 407A
Turnersville, N.J. 08012


Leslie Pruitt
99 Regional Dr. #22
Penns Grove, N.J. 08069
```

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: April 25, 2022
*[Enter the date this document is signed]*

Signature *[Of the party seeking relief]*