| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) *[Enter your name, address and phone number]* <br><br> Marilyn Ounjian <br> Richard Ounjian <br> P.O. Box 634 <br> Moorestown, N.J. 08057 |

| In Re: | Case No.: | 22-11893 |
|---|---|---|
| *[Enter the debtor's name(s)]* | | *[Enter the case number]* |
| Leslie Pruitt | Chapter: | 13 |
| | | *[Enter the case number]* |
| | Hearing Date: | |
| | | *[Enter the hearing date]* |
| | Judge: | Jerrold N. Poslusny, Jr. |
| | | *[Enter the Judge's last name]* |

**ORDER GRANTING** <u>Reconsideration of Denial of Motion for Relief from</u> the
*[Enter the relief sought]*   Automatic Stay

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]* Reconsideration of Denial of Motion for Relief of Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____